

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-21-00161-CV

Trial Court Cause
Number:    2021-07817

Style:    Six Brothers Concrete Pumping, LLC and Joseph Lowry

v.  Martin Tomczak

Date motion filed*:    January 27, 2023

Type of motion:    Motion for Extension of Time to File Motion for Rehearing

Party filing motion:    Appellant

Document to be filed:    Motion for Rehearing

Is appeal accelerated? ☒ Yes   ☐ No

If motion to extend time:

    Original due date:    January 13, 2023

    Number of previous extensions granted:    0

    Date Requested:    February 24, 2023

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due:  **February 24, 2023**

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ Peter Kelly
        ☒ Acting individually    ☐ Acting for the Court

Date: February 2, 2023